No. D–2337. IN RE DISBARMENT OF PULLEY. Disbarment entered. [For earlier order herein, see 537 U. S. 1183.]

No. D–2338. IN RE DISBARMENT OF REIS. Disbarment entered. [For earlier order herein, see 537 U. S. 1183.]

No. D–2339. IN RE DISBARMENT OF HALL. Disbarment entered. [For earlier order herein, see 537 U. S. 1183.]

No. D–2340. IN RE DISBARMENT OF AYRES-FOUNTAIN. Disbarment entered. [For earlier order herein, see 537 U. S. 1183.]

No. D–2341. IN RE DISBARMENT OF LASHER. Disbarment entered. [For earlier order herein, see 537 U. S. 1184.]

No. D–2342. IN RE DISBARMENT OF BUTIN. Disbarment entered. [For earlier order herein, see 537 U. S. 1184.]

No. D–2343. IN RE DISBARMENT OF BERGSTEIN. Disbarment entered. [For earlier order herein, see 537 U. S. 1184.]

No. D–2344. IN RE DISBARMENT OF RAGUSA. Disbarment entered. [For earlier order herein, see 537 U. S. 1184.]

No. D–2345. IN RE DISBARMENT OF GRANT. Disbarment entered. [For earlier order herein, see 537 U. S. 1184.]

No. 02–8863. JACOX v. ENGLAND, SECRETARY OF THE NAVY, ET AL. C. A. 11th Cir. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [ante, p. 943] denied.

No. 02–9024. RODENBAUGH v. CIAVARELLA. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [ante, p. 942] denied.

No. 02–1499. IN RE MOTA-HERNANDEZ; and
No. 02–10011. IN RE MAULDIN. Petitions for writs of habeas corpus denied.

No. 02–1450. IN RE MCCASKILL; and